UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRAMU EL KENYATTA BEY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE CAMPA, et al.,<br><br>    Defendants. | Case No.  22-cv-09154-AGT<br><br>**SCREENING ORDER** |

Having granted Hiramu El Kenyatta Bey's application to proceed *in forma pauperis* (dkt. 7), the undersigned now screens Bey's complaint under 28 U.S.C. § 1915(e)(2)(B) and concludes that the complaint is deficient, for the reasons identified below.

\* \* \*

Bey's complaint lists over 90 defendants, most of whom appear to be associated with Sonoma County (e.g., police officers, social workers, judges). Bey hasn't alleged what most of them did. The complaint includes a long list of incidents, many of which appear unrelated.

The Court cannot discern from the complaint whether Bey has stated an actionable claim from relief. Bey may file an amended complaint, on or before July 15, 2024. If Bey doesn't do so, or if Bey files an amended complaint that fails to state a claim for relief, the undersigned will recommend that a district judge dismiss Bey's case.

**IT IS SO ORDERED.**

Dated: June 24, 2024

Alex G. Tse
United States Magistrate Judge