UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRAMU EL KENYATTA BEY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE CAMPA, et al.,<br><br>    Defendants. | Case No. 22-cv-09154-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION & DISMISSING COMPLAINT WITH PREJUDICE** |

The Court has reviewed Magistrate Judge Alex G. Tse's Report and Recommendation, ECF 10. No objections to the Report and Recommendation have been filed, and the deadline to do so has passed. *See* Fed. R. Civ. P. 72(b)(2) (deadline for objections is fourteen days after being served). The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and **ADOPTS** it in every respect. Accordingly, the Court **DISMISSES** the complaint in this action **WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: November 12, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**